IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **MARK W. DOBRONSKI** )<br><br>Plaintiff, )<br><br>v. )<br>)<br>**WINRED, INC.** )<br>)<br>**WINRED TECHNICAL SERVICES, LLC.** )<br><br>Defendants. | Civil Action No.: 2:24-cv-12513<br>Honorable Stephen J. Murphy III |

**INDEX OF EXHIBITS**

| Exhibit | Description |
|---|---|
| 1 | Declaration of WRTS CEO Ryan Lyk |
| 1(A) | WRTS Privacy Policy (2020) |
| 1(B) | WRTS Terms of Use (2019) |
| 2 | *In re Mark W. Dobronski*, No. M-01-0006, Order (Ariz. Mar. 28, 2001) |
| 3 | *In re Mark W. Dobronski*, Nos JC-01-0001, JC-01-0002, Order (Ariz. Feb. 2, 2002) |
| 4 | *Panel Recommends Sharp Penalty For Misconduct By Justice Of The Peace*, Az. Daily Sun (Sept. 9, 2021) |
| 5 | Chart of Dobronski TCPA Litigation in the Eastern District of Michigan |
| 6 | Eric J. Troutman, *MIXED BAG: Famous Litigator Mark Dobronski (TCPAWorld's W.H.?) Wins Some and Loses Some in New TCPA Ruling*, TCPAWorld (Nov. 20, 2023) |
| 7 | *Preventing Serial Filers from Abusing the TCPA,* U.S. Chamber of Commerce Institute for Legal Reform (Mar. 27, 2024) |
| 8 | WinRed, *Tips FAQ* (Accessed Nov. 7, 2024) |

| | |
|---|---|
| 9 | WinRed, FAQs, *Who Is Emailing or Texting Me?* (Accessed Nov. 7, 2024) |
| 10 | Order, *Worsham v. WRTS*, C-12-CV-23-000085 (Md. Cir. Ct. Feb. 20, 2024) |
| 11 | Order, *Horton v. WRTS*, No. JS20-00325D (Tx. Just. Ct. Oct. 12, 2021) |
| 12 | Jono Kupferberg, *Beginners Guide To Peer-To-Peer Texting In 2023* (June 9, 2023) |
| 13 | FTC, *The Do Not Call Registry* (Accessed Nov. 7, 2024) |