# EXHIBIT 1(B)

Effective Date: February 26 2019

Your use of the websites on which these terms reside (collectively, the "Platform"), and the features on this Platform are subject to these Terms of Use, which we may update from time to time. Please read these Terms of Use carefully before using this Platform. The Platform is owned or controlled by WinRed Technical Services, LLC ("TS" or "we"). We provide a Platform with related services and products that are used to facilitate contributions ("Contributions") to political committees and campaigns ("Political Committees").

This Platform is intended for and applicable only for residents of the United States, age eighteen (18) or older. If you are from another jurisdiction or under eighteen (18) years of age, you may not use this Platform. By accessing this Platform in any way, including, without limitation, browsing this Platform, using any information available on this Platform, and/or submitting information to TS or any Political Committees, you agree to and are bound by the terms, conditions, policies and notices contained on this page (the "Terms"), including, but not limited to, disclaimers of warranties, damage and remedy exclusions and limitations, and a choice of Delaware law.

From time to time we may update this Platform and these Terms. Your use of this Platform after we post any changes to these Terms constitutes your agreement to those changes. You agree to review these Terms periodically to ensure that you are familiar with the most recent version. TS may, in its sole discretion, and at any time, discontinue this Platform or any part thereof, with or without notice, or may prevent your use of this Platform with or without notice to you. You agree that you do not have any rights in this Platform and that TS will have no liability to you if this Platform is discontinued or your ability to access the Platform or any content you may have posted on the Platform is terminated.

Binding Arbitration
You and TS agree that any controversy or claim arising out of or relating to the Platform, use of the Platform, this Agreement and/or the https://winred.com/privacy (Privacy Policy) shall be settled by binding arbitration in a location determined by the arbitrator as set forth herein (provided that such location is reasonably convenient for you in your hometown area), or at such other location as may be mutually agreed upon by the parties, in accordance with the applicable procedural rules set forth in the then prevailing Comprehensive Arbitration Rules and Procedures of JAMS ("JAMS Rules and Procedures"), and judgment upon the award rendered by the arbitrator(s) may be entered in any court having jurisdiction thereof. The JAMS Rules and Procedures are available at http://www.jamsadr.com or by calling (800) 352-5267. The arbitrator shall be selected pursuant to the JAMS Rules and Procedures. Alternatively, you may assert your claims in small claims court in accordance with the terms of this Agreement if your claims qualify and so long as the matter remains in such court and advances only on an individual (non-class, non-representative) basis. The arbitrator shall apply Delaware law consistent with the Federal Arbitration Act and applicable statutes of limitations, and shall honor claims of privilege recognized at law. If you initiate arbitration against TS, you will not be responsible for professional fees for the arbitrator's services or any other JAMS fees. If TS initiates arbitration

against you, TS will pay for the arbitrator's services and any other JAMS fees associated with the arbitration. If any part of this arbitration provision (other than that claims will not be arbitrated on a class or representative basis) is deemed to be invalid, unenforceable or illegal, or otherwise conflicts with the rules and procedures established by JAMS, then the balance of this arbitration provision shall remain in effect and shall be construed in accordance with its terms as if the invalid, unenforceable, illegal or conflicting provision were not contained herein. If, however, the portion that is deemed invalid, unenforceable or illegal is that claims will not be arbitrated on a class or representative basis, then the entirety of this arbitration provision shall be null and void, and neither claimant nor TS shall be entitled to arbitrate their dispute. THE ARBITRATION OF DISPUTES PURSUANT TO THIS PARAGRAPH SHALL BE IN YOUR INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING. THE ARBITRATOR MAY NOT CONSOLIDATE OR JOIN THE CLAIMS OF OTHER PERSONS OR PARTIES WHO MAY BE SIMILARLY SITUATED

BY AGREEING TO THE ARBITRATION OF DISPUTES AS SET FORTH HEREIN, YOU AGREE THAT YOU ARE WAIVING YOUR RIGHT TO A JURY TRIAL AND LIMITING YOUR RIGHT TO APPEAL AND YOU UNDERSTAND THAT YOU ARE WAIVING YOUR RIGHTS TO OTHER AVAILABLE RESOLUTION PROCESSES, SUCH AS A COURT ACTION. DO NOT USE THIS PLATFORM IF YOU DO NOT AGREE TO THE FOREGOING BINDING ARBITRATION PROVISIONS.

Personal Information

On certain areas of our Platform, you may be given the ability to provide us with personal information. Please read our <a href="https://winred.com/privacy/">Privacy Policyfor more information about our information collection and use practices.

TS Content

Content on this Platform that is provided by TS or its licensors, including certain graphics, photographs, images, screen shots, text, digitally downloadable files, trademarks, logos, product and program names, slogans, and the compilation of the foregoing ("TS Content") is the property of TS and its licensors, and is protected in the U.S. and internationally under trademark, copyright, and other intellectual property laws.

You agree not to download, display or use any TS Content located on the Platform for use in any publications, in public performances, on websites other than this Platform for any other commercial purpose, in connection with products or services that are not those of TS, in any other manner that is likely to cause confusion among consumers, that disparages or discredits TS and/or its licensors, that dilutes the strength of TS's or its licensors' property, or that otherwise infringes TS's or its licensors' intellectual property rights. You further agree to in no other way misuse any TS Content that appears on this Platform.

Additional Terms

You understand that certain offers, services and features that may be available on the Platform may be subject to additional specific terms and conditions. This may include, but is not limited to, contests and sweepstakes, or other promotions. In the event of any conflict between

these Terms and any such specific terms and conditions, the specific terms and conditions will control.

Use of the Platform and Posting Policy

The following requirements apply to your use the Platform: (a) you will not use any electronic communication feature of the Platform for any purpose that is unlawful, tortious, abusive, intrusive on another's privacy, harassing, libelous, defamatory, embarrassing, obscene, threatening, or hateful; (b) you will not upload, post, reproduce, or distribute any information, software, or other material protected by copyright or any other intellectual property right (as well as rights of publicity and privacy) without first obtaining the permission of the owner of such rights; (c) you will not collect or store personal data about other users; (d) you will not use the Platform for any commercial purpose not expressly approved by TS in writing; (e) you will not upload, post, email, or otherwise transmit any advertising or promotional materials or any other form of solicitation or unauthorized communication; and (f) you will not upload, post, email, or otherwise transmit any material that contains viruses or any other computer code, files, or programs which might interrupt, limit, or interfere with the functionality of any computer software or hardware or telecommunications equipment.

From time to time on certain areas of our Platform you may be able to submit photos, written posts, designs, logos, drawings and certain other materials ("User Content"). By using these features, you agree that you will not post any content that is unlawful, harmful, tortious, defamatory, libelous, obscene, invasive of the privacy of another person, threatening, harassing, abusive, hateful, racist, infringing, pornographic, violent or otherwise objectionable or inappropriate as determined by TS; that you will not post any content that contains personal information about any individual, violates the privacy/publicity of any other individual or entity, or anything that you are under a contractual obligation to keep private or confidential; that you will not impersonate any person or organization, including without limitation, the personnel of TS, or misrepresent an affiliation with another person or organization; you will not post any content that contains viruses, corrupted files, or any other similar software or programs that may adversely affect the operation of the Platform, or feature of the Platform. You further understand and agree that you have no ownership rights in any account you may have with us, or other access to the Platform or features therein. TS may cancel your account and delete all User Content associated with your account at any time, and without notice, if TS deems that you have violated these Terms, the law, or for any other reason. TS assumes no liability for any information removed from our Platform, and reserves the right to permanently restrict access to the Platform or a user account.

By displaying, publishing, or otherwise posting any User Content on or through the Platform, you hereby grant to TS and its affiliates and the Political Committees a non-exclusive, sub-licensable, assignable, worldwide, perpetual, fully-paid, royalty free license to use, modify, publicly perform, publicly display, reproduce, distribute (including but not limited to distributing copies thereof), create derivative works, manufacture, have manufactured, offer for sale, sell, license, and commercially exploit such User Content in any and all media now known or hereinafter developed, for any and all purposes, without the requirement to make payment to you or to any third party or the need to seek any third party permission. This license includes the right to host, index, cache, distribute, and tag any User Content, as well as the right to

sublicense User Content to third parties, including other users, for use on other media or platforms known or hereinafter developed, such as for use on mobile phones, in video or music software computer programs. You continue to retain all ownership rights in your User Content, and you continue to have the right to use your User Content in any way you choose, subject to these Terms and the license described herein. You represent and warrant that you own the content submitted, displayed, published or posted by you on the Platform and otherwise have the right to grant the license set forth herein, and the displaying, publishing or posting of any content you submit, and our use thereof does not and will not violate the privacy rights, publicity rights, copyrights, trademark rights, patents, contract rights or any other intellectual property rights or other rights of any person or entity.

Collectively, the terms in this section shall constitute the "Posting Policy."

You agree to indemnify and hold TS, its parents, subsidiaries, officers, employees, and website contractors and each of their officers, employees and agents harmless from any claims, damages and expenses, including reasonable attorneys' fees and costs, related to your violation of these Terms, including the Posting Policy, or any violations thereof by your dependents or which arises from the use of User Content you submitted, posted, or otherwise provided to TS or this Platform.

Reliance on Information Posted

TS does not warrant the accuracy, completeness, or usefulness of any information provided on the Platform. We disclaim all liability and responsibility arising from any reliance placed on such information by Political Committees or any other visitor to the Platform, or by anyone who may be informed of any of the Platform's contents. This Platform includes content provided by third parties, including materials provided by Political Committees, candidates or other Platform users. All statements and/or opinions expressed in these materials are solely the opinions and the responsibility of the person or entity providing those materials. These materials do not necessarily reflect the opinion of TS. We do not review material before it is provided on the Platform. Accordingly, we are not responsible, or liable to you or any third party, for the content or accuracy of any materials provided by any third parties.

Your Account

Certain areas of the Platform may require registration or may otherwise ask you to provide information to participate in certain features or access certain content. If you elect not to provide such information, you may not be able to access certain content or participate in certain features of the Platform or any features at all. If the Platform requires you to create an account or otherwise submit information, you agree that you will provide accurate and complete information for your user account; that you will not impersonate a third party in your communications with TS; that you will only submit information about yourself; and that you will otherwise comply with these Terms, including the Posting Policy section of this Agreement. It is your responsibility to maintain the currency, completeness, and accuracy of your registration data, and any loss caused by your failure to do so is your responsibility. You may not authorize any other person or entity to use your account or to access restricted or protected content or features available at the TS Platform. Creating an account or opting in to receive notifications or

offers does not guarantee the receipt of any such messages or the availability to you of any promotional offer.

You are solely responsible for the activity that occurs on your account, including all transactions and other activities undertaken with your device and any stored payment card, whether authorized or unauthorized. You must keep your user account, username, and password secure. You must notify TS immediately of any breach of security or unauthorized use of your account. You further agree not to email, post, or otherwise disseminate any user ID, password, or other information which provides you access to the Platform. TS is not liable for any loss that you may incur as a result of someone else using your password or account, either with or without your knowledge. TS shall not be responsible for any losses arising out of the loss or theft of user information transmitted from or stored on a computer or device or from unauthorized or fraudulent transactions associated with the Platform.

You understand that you have no ownership rights in your account or other access to the Platform or features therein. TS may terminate your access to the Platform, cancel your account and/or delete all information associated with your account, including any materials you may have submitted to TS, at any time, and without notice, for any reason or no reason, including if TS deems that you have violated these Terms, the law, or for any other reason or no reason. TS assumes no liability for any information removed from our Platform, and reserves the right to permanently restrict access to the Platform or a user account.

Transactions and Product Availability

Through the Platform, you may be able to make Contributions to Political Committees. In certain circumstances, you may be eligible to receive certain products in connection with your Contribution.

Authorization of Contribution or Placing Order. By entering all of the information prompted on the Platform (including, without limitation, your credit or debit card number, the expiration date of your credit or debit card, the name on your credit or debit card, your billing address, and your shipping address, the "User Data") in the process of making a Contribution or placing an Order, selecting a Contribution amount, and clicking "Contribute" you thereby authorize us to process your Contribution or your Order by prompting our third-party payment processor ("Payment Processor") to charge the method of payment that you provided. YOU REPRESENT AND WARRANT THAT YOU HAVE THE LEGAL RIGHT TO USE ANY CREDIT OR DEBIT CARD OR OTHER PAYMENT METHOD UTILIZED IN CONNECTION WITH ANY TRANSACTION. By submitting such information, you grant to TS and/or any reasonably required third parties the right to provide and transmit such information for purposes of facilitating the completion of transactions initiated by you or on your behalf. Verification of information may be required prior to the acknowledgment or completion of any transaction.

Recurring Contributions. In addition to the foregoing steps to make a Contribution, you may make a Contribution on a recurring basis (a "Recurring Contribution"). If you make your Contribution a Recurring Contribution, you authorize us to charge your selected payment method immediately for the amount of the original Contribution and, in each subsequent month, charge your selected payment method for additional periodic Contributions to the Political

Committee in the amount of your original Contribution to the same Political Committee on the within three business days of the date (e.g., the 15th day of the month) of your original contribution. We will continue to charge you for the Recurring Contribution until you cancel the Recurring Contribution according to the instructions in these Terms

 If you have a TS account, you can cancel your Recurring Contribution anytime by logging into in your account, navigating to subscriptions and clicking cancel or contacting Support at support@winred.com. Note that the Recurring Contribution cancelation request will not be effective until you receive confirmation from TS Support that the Recurring Contribution has been canceled

 If you do not have a TS account, you can cancel anytime by contacting TS Support at support@winred.com. You may also cancel your Recurring Contribution by claiming your account through our authentication process. Navigate to https://app.winred.com/account/reclaim and follow the instructions. Note that the Recurring Contribution cancelation request will not be effective until you receive confirmation from TS Support that the Recurring Contribution has been canceled

 You must cancel by 11:59 pm EST on the [date] of the month to avoid a making a contribution for the month. Contributions are not refundable unless otherwise stated in these Terms

 If your selected payment method fails one month (e.g., due to card expiration or insufficient funds), we will continue to attempt to charge you until the Recurring Contribution is canceled according to the instructions in these Terms

 Email or SMS One-Click Contributions. After making a Contribution, you may receive a communication from us or a Political Committee that prompts you to make a Contribution. By clicking the "Contribute" link or otherwise following the instructions in the communication, you thereby authorize us to process a Contribution by prompting our Payment Processor to charge the method of payment that you provided in your initial Contribution

 Refunds. We do not handle nor are we responsible for refund requests for any Contributions. Please contact the Political Committee that you contributed to in order to request a refund. We will process a refund at the direction of a Political Committee and in compliance with applicable law

Processing Fees. We reserve the right to charge a processing fee to Political Committees to provide the Platform to you and to process your Contributions. You understand and acknowledge that the amount received by the Political Committee as a result of your Contribution may be reduced by the amount of such processing fees

Party to Contributions or Transactions. You agree and acknowledge that TS is not a party or an agent of any transaction conducted via the Platform. TS does not control or endorse any candidate or Political Committee, or any conformance or legality of the representations of any candidate or Political Committee described on the Platform or elsewhere. TS cannot, and does not, control whether candidates or Political Committees, and agents of the same, will complete their representations or promises they make on the Platform or elsewhere. In the event you have a dispute with a candidate or Political Committee, or suffer any harm arising out of or connected with any candidate or Political Committee, you hereby waive all claims and release TS (and its subsidiaries, employees, officers, directors, shareholders, suppliers, joint venturers, and agents) from any and all liability for claims, demands, damages (actual and consequential), costs and expenses (including litigation costs and attorneys' fees) of every kind and nature, known and unknown, suspected and unsuspected, disclosed and undisclosed, arising out of or in any way connected with any Contributions, Products, transactions, or representations made on or through the Platform, any candidate, any Political Committee, or with regards to such dispute

In certain circumstances, you may be eligible to receive certain products in connection with your Contribution (collectively "Products"). All descriptions, images, features, specifications, and Contribution amounts associated with the Products are subject to change at any time without notice. The inclusion of any Products on the Platform does not imply or warrant that these Products will be available. TS reserves the right, with or without prior notice, to do any one or more of the following for any reason: (i) limit the available quantity of or discontinue any Product; (ii) impose conditions on the honoring of any coupon, coupon code, promotional code, or other similar promotion; (iii) bar you from making or completing any or all transactions; and (iv) refuse to provide you with any Product or refuse to provide you with the opportunity to obtain any Product. You agree to pay all charges incurred by you, on your behalf, or by your account through the Platform, at the price in effect when such charges are incurred. You are solely responsible for any taxes applicable to your transaction.

Political Committees are solely responsible for the resolution of disputes for all transactions made on or through the Platform. TS has no control over and shall not be responsible in any way for: (a) the existence, quality, shipping, fulfillment, safety, legality of Products made available on or through the Platform and Contributions made or solicited on the Platform; (b) the truth or accuracy of any Political Committee's contents or listings; (c) the ability of Political Committees to deliver Products, or deliver on promises made related to the Contributions; or (d) your ability to pay for the transactions. Political Committees shall be solely responsible for processing any refunds made in connection with Products and in no event shall TS be responsible in any way for processing such refunds except where required by law. All transactions involving Products shall be subject to the Political Committee's terms and conditions.

ANY OPPORTUNITIES TO MAKE CONTRIBUTIONS OR REQUEST OR RECEIVE PRODUCTS DESCRIBED ON THE PLATFORM ARE OFFERED ONLY IN JURISDICTIONS WHERE THEY MAY BE LEGALLY OFFERED AND TO INDIVIDUALS OR ENTITIES THAT MAY LAWFULLY MAKE CONTRIBUTIONS OR REQUEST OR RECEIVE PRODUCTS ACCORDING TO THE APPLICABLE RULES OF THE JURISDICTION. THE INFORMATION ON THE PLATFORM IS NOT AN OFFER OR SOLICITATION BY ANYONE IN ANY JURISDICTION IN WHICH AN OFFER OR SOLICITATION CANNOT LEGALLY BE MADE, OR ANY PERSON TO WHOM IT IS UNLAWFUL TO MAKE A SOLICITATION.

You understand and agree that you are charged at the time you make your Contribution. You further understand and agree that the transaction for the Contribution is final and complete at the time you are charged. Once a transaction is completed on the Platform, changes cannot be made to the transaction. After you have submitted your Contribution on the Platform or you have otherwise directed TS to begin processing your Contribution by means designated by TS and communicated to you in TS's sole discretion, you may not cancel your transaction. TS may restrict transactions placed by or under the same customer account, the same credit card and/or transactions that use the same billing and/or shipping address.

Despite TS's best efforts, occasional Contribution amount errors may occur on the Platform. Access to the Platform does not constitute the right to make a Contribution or become eligible for any Products. TS is not responsible for typographical, Contribution amount or other errors. TS reserves the right to revise Contribution amounts and other errors and to cancel any Contribution or Product request you have placed if there was an error concerning the Contribution amount or availability of any Product you requested when you made your Contribution, even if you have received a confirmation. If your credit card has already been charged for the Contribution and your Contribution transaction is cancelled by TS, TS will issue a credit to your credit card account in the amount of the charge. Individual bank policies will dictate when this amount is credited to your account. TS reserves the right to limit quantities of Products requested.

Representations, and Limitations of Liability

TS makes no representations about the reliability of the features of this Platform, the Content, User Content, or any other Platform feature, and disclaims all liability in the event of any service failure. You acknowledge that any reliance on such material or systems will be at your own risk. TS makes no representations regarding the amount of time that any Content or User Content will be preserved.

TS does not endorse, verify, evaluate or guarantee any information provided by users and nothing shall be considered as an endorsement, verification or guarantee of any User Content. You shall not create or distribute information, including but not limited to advertisements, press releases or other marketing materials, or include links to any websites which contain or suggest an endorsement by TS without the prior review and written approval of TS.

THIS PLATFORM IS PROVIDED ON AN "AS IS, AS AVAILABLE" BASIS. NO WARRANTIES, EXPRESS OR IMPLIED, INCLUDING BUT NOT LIMITED TO THOSE OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, ARE MADE WITH

RESPECT TO THIS PLATFORM OR ANY INFORMATION OR SOFTWARE THEREIN. UNDER NO CIRCUMSTANCES, INCLUDING NEGLIGENCE, SHALL WE BE LIABLE FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES (COLLECTIVELY, "DAMAGES") THAT RESULT FROM THE USE OF OR INABILITY TO USE THIS PLATFORM, NOR SHALL WE BE RESPONSIBLE FOR ANY DAMAGES WHATSOEVER THAT RESULT FROM MISTAKES, OMISSIONS, INTERRUPTIONS, DELETION OF FILES, ERRORS, DEFECTS, DELAYS IN OPERATION OR TRANSMISSION, OR ANY FAILURE OF PERFORMANCE WHETHER OR NOT CAUSED BY EVENTS BEYOND OUR REASONABLE CONTROL, INCLUDING BUT NOT LIMITED TO ACTS OF GOD, COMMUNICATIONS LINE FAILURE, THEFT, DESTRUCTION, OR UNAUTHORIZED ACCESS TO THIS PLATFORM'S RECORDS, PROGRAMS, OR SERVICES. UNDER NO CIRCUMSTANCES, INCLUDING BUT NOT LIMITED TO A NEGLIGENT ACT, WILL WE OR OUR AFFILIATES OR AGENTS BE LIABLE FOR ANY DAMAGE OF ANY KIND THAT RESULTS FROM THE USE OF, OR THE INABILITY TO USE, THE PLATFORM, EVEN IF WE HAVE BEEN ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. SOME JURISDICTIONS DO NOT ALLOW THE LIMITATION OR EXCLUSION OF LIABILITY FOR INCIDENTAL, CONSEQUENTIAL, OR OTHER DAMAGES; AS A RESULT, THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU AND THE FOREGOING PARAGRAPH SHALL NOT APPLY TO A RESIDENT OF NEW JERSEY TO THE EXTENT DAMAGES TO SUCH NEW JERSEY RESIDENT ARE THE RESULT OF OUR NEGLIGENT, FRAUDULENT OR RECKLESS ACT(S) OR INTENTIONAL MISCONDUCT

Third Party Websites

This Platform may hyperlink to websites not maintained by or related to TS. Hyperlinks are provided as a service to users and are not sponsored by or affiliated with this Platform or TS, and TS makes no representations or warranties about the content, completeness, or accuracy of those third party websites. Information you submit at a third party website accessible from this Platform is subject to the terms of that website's privacy policy, and TS has no control over how your information is collected, used, or otherwise handled.

Linking to the Platform

You may link to our Platform, provided you do so in a way that is fair and legal and does not damage our reputation or take advantage of it, but you must not establish a link in such a way as to suggest any form of association, approval or endorsement on our part without our express written consent. You agree to cooperate with us in causing any unauthorized framing or linking immediately to cease. Notwithstanding the foregoing, TS does not approve or endorse any Political Committee or candidate. In our discretion, we reserve the right to withdraw linking permission without notice.

Miscellaneous

Both you and TS acknowledge and agree that no partnership is formed and neither of you nor TS has the power or the authority to obligate or bind the other.

These Terms will be governed by and construed in accordance with the internal laws of Delaware without regard to conflicts of laws principles. By using this Platform, you hereby agree

that any and all disputes regarding these Terms will be subject to the courts located in New Castle County, Delaware. YOU AGREE THAT, TO THE EXTENT PERMITTED BY APPLICABLE LAW, ANY AND ALL DISPUTES, CLAIMS, AND CAUSES OF ACTION ARISING OUT OF OR CONNECTED WITH THIS PLATFORM AND/OR THESE TERMS, WILL BE RESOLVED INDIVIDUALLY, WITHOUT RESORT TO ANY FORM OF CLASS ACTION. These Terms operate to the fullest extent permissible by law.

The failure of TS to comply with these Terms because of an act of God, war, fire, riot, terrorism, earthquake, actions of federal, state or local governmental authorities or for any other reason beyond the reasonable control of TS, shall not be deemed a breach of these Terms.

If TS fails to act with respect to your breach or anyone else's breach on any occasion, TS is not waiving its right to act with respect to future or similar breaches.

If any provision of these Terms shall be unlawful, void or for any reason unenforceable, then that provision shall be deemed severable from these terms of use and shall not affect the validity and enforceability of any remaining provisions.

These Terms constitute a binding agreement between you and TS, and is accepted by you upon your use of the Platform or your account. These Terms constitute the entire agreement between you and TS regarding the use of the Platform and your account. By using the Platform, you represent that you are capable of entering into a binding agreement, and that you agree to be bound by these Terms.