# EXHIBIT 2

SUPREME COURT OF ARIZONA

FILED
FEB 22 2002
NOEL K. DESSAINT
CLERK SUPREME COURT
BY

| | |
|---|---|
| In the Matter of Judge | Arizona Supreme Court Nos. JC-01-0001 and JC-01-0002 |
| MARK W. DOBRONSKI, Justice of the Peace, Scottsdale Justice Court Maricopa County, State of Arizona | Commission on Judicial Conduct Nos. 00-046 and 01-272 |
| Respondent. | **O R D E R** |

The Court has considered the two Petitions to Modify the recommendations of the Commission on Judicial Conduct in these two cases and makes the following rulings:

IT IS ORDERED denying the Petition to Modify in JC-01-0001. Respondent Dobronski is ordered to pay the Commission on Judicial Conduct $25,000 for attorney's fees plus the costs incurred by the Commission.

IT IS FURTHER ORDERED granting in part the Petition to Modify in JC-01-0002. Respondent Dobronski is ordered to pay the Commission on Judicial Conduct $5,000 in attorney's fees plus the costs incurred by the Commission. In all other respects, the Petition to Modify is denied.

Page 2 of 2
JC-01-0001 and JC-01-0002

IT IS FURTHER ORDERED that Respondent Dobronski shall never again seek or hold judicial office in the State of Arizona.

DATED this __22nd__ day of February, 2002.

*[signature]*
CHARLES E. JONES
Chief Justice

TO:
Mark W. Dobronski, Respondent (Certified Mail)
David G. Derickson, Counsel for Respondent
John D. Everroad and Scott L. Altes, Disciplinary Counsel
E. Keith Stott, Director, Commission on Judicial Conduct

lkk