# EXHIBIT 3

IN THE SUPREME COURT OF THE STATE OF ARIZONA

```
FILED
MAR 28 2001
NOEL K. DESSAINT
CLERK SUPREME COURT
BY
```

| | |
|---|---|
| In the Matter of: ) | Supreme Court |
| ) | No. M-01-0006 |
| REASSIGNMENT OF MARICOPA ) | |
| COUNTY JUSTICE OF THE PEACE ) | |
| ) | |
| MARK W. DOBRONSKI, ) | **AMENDED** |
| ) | Administrative Order |
| Respondent. ) | No. 2001-34 |
| ) | |

Upon "Motion for Modification of Administrative Order" by counsel for the Respondent, and having been advised that the counsel for the Commission on Judicial Conduct has no objection, Administrative Order No. 2001-34, dated March 22, 2001, is hereby vacated and the following amended order shall stand in its place, effective immediately:

Whereas the Commission on Judicial Conduct has found reasonable cause to commence formal proceedings against Mark W. Dobronski, the full-time duly elected Justice of the Peace in Scottsdale Justice Court, and given the nature and seriousness of the charges set forth by the Commission,

IT IS ORDERED, pursuant to Article VI, Section 3 of the Constitution, that Justice of the Peace Mark W. Dobronski be and is hereby reassigned from his duties at the Scottsdale Justice Court to such non-judicial duties as assigned to him by the Honorable Colin F. Campbell, Presiding Judge of the Superior Court in Maricopa County. This reassignment shall continue until further order of this court.

IT IS FURTHER ORDERED, notwithstanding the foregoing reassignment, that Judge Dobronski is permitted to exercise judicial functions necessary to complete all obligations required for final disposition of the following cases:

1. Case in trial to the Court completed March 22, 2001: *State v. Michael Gambony*, CR 00-02624

2. Cases completed but under advisement for final ruling:

    (A) CV 01-01947, *Williams v. Encisco*
    (B) CV 00-07116, *Elliot v. Pope*
    (C) CV 00-06446, *Rein Development v. Larson*
    (D) CV 00-03167, *Walters v. Wega/Reed*

3. Cases in which rulings have been made, but where the decisions or orders are either not yet transcribed or have been transcribed and are awaiting signature:

    (A) CV 00-04393, *Landscaping v. Clifton*
    (B) CV 00-07529, *Allison v. SW Retail*
    (C) CV 01-00502, *Osorio v. Farmers*
    (D) CV 99-06397, *Crawford v. Moore*
    (E) CV 00-07903, *Morgan v. Medrano*
    (F) CV 00-06013, *Mabante v. Winkler*
    (G) CV 95-04636, *Tull v. DaCorte*
    (H) CV 00-06006, *Menu Dynamics v. Nasralla*

Judge Dobronski shall have until April 6, 2001, to finalize the matters set forth in paragraph 3 above, or upon such later date as may be designated by this court upon motion duly filed.

This Order is entered to maintain the timely administration of justice in all cases which would otherwise be heard by Judge Dobronski pending his hearing before the Commission. At this time, no determination has been made that Judge Dobronski is culpable with respect to any of the charges against him. All allegations will be heard and considered in the forthcoming hearing before the Commission on Judicial Conduct.

DATED this __28th__ day of March, 2001.

_____
CHARLES E. JONES
Vice Chief Justice