# EXHIBIT 5

According to data retrieved from Lex Machina's database of federal civil litigation, the following cases were initiated by Mr. Dobronski in the Eastern District of Michigan under the TCPA.  Data pulled on October 15, 2024.

1. *Dobronski v. All. Sec., Inc.*, No. 2:17-cv-12471 (E.D. Mich. July 31, 2017)
2. *Dobronski v. Alarm Mgm't II, L.L.C.*, No. 3:18-cv-11055 (E.D. Mich. Apr. 2, 2018)
3. *Dobronski v. iCan Benefit Group, LLC*, No. 2:18-cv-13268 (E.D. Mich. Oct. 18, 2018)
4. *Dobronski v. Charter Commc'ns, Inc.,* No. 2:19-cv-12575 (E.D. Mich. Sept. 3, 2019)
5. *Dobronski v. Selectquote Ins. Servs.,* No. 2:19-cv-12798 (E.D. Mich. Sept. 25, 2019)
6. *Dobronski v. Smithkey Auto Indus., LLC,* No. 2:19-cv-13033 (E.D. Mich. Oct. 15, 2019)
7. *Dobronski v. SunPath LTD,* No. 2:19-cv-13094 (E.D. Mich. Oct. 22, 2019)
8. *Adrian & Blissfield Rail Road Co. v. SunPath LTD*, No. 2:19-cv-13097 (E.D. Mich. Oct. 22, 2019) *
9. *Dobronski v. Rentokil N. Am., Inc.*, No. 4:19-cv-13372 (E.D. Mich. Nov. 14, 2019)
10. *Dobronski v. Heath*, No. 5:19-cv-13755 (E.D. Mich. Nov. 14, 2019)
11. *Dobronski v. Realgy*, No. 2:20-cv-11884 (E.D. Mich. July 10, 2020)
12. *Dobronski v. TBI, Inc.*, No. 2:20-cv-11910 (E.D. Mich. July 14, 2020)
13. *Dobronski v. Am. Ins. Brokers LLC*, No. 2:20-cv-12112 (E.D. Mich. Aug. 5, 2020)
14. *Dobronski v. Keroles Enter. LLC*, No. 4:20-cv-12639 (E.D. Mich. Sept. 25, 2020)
15. *Dobronski v. Police Officers' Def. Coal., Inc.*, No. 2:20-cv-12840 (E.D. Mich. Oct. 23, 2020)
16. *Dobronski v. Manasseh Jordan Ministries, Inc.*, No. 3:20-cv-12862 (E.D. Mich. Oct. 26, 2020)
17. *Dobronski v. Total Ins. Brokers, LLC*, No. 5:21-cv-10035 (E.D. Mich. Jan. 8, 2021)

18. *Dobronski v. Baltimore Life Ins. Co.*, No. 3:21-cv-11522) (E.D. Mich. June 28, 2021)

19. *Dobronski v. Legacy Life & Health Quotes LLC*, No. 4:21-cv-12508 (E.D. Mich. Oct. 25, 2021)

20. *Dobronski v. AT&T Corp.*, No. 2:21-cv-12549 (E.D. Mich. Oct. 28, 2021)

21. *Dobronski v. Premier Admin. Sol., Inc.*, No. 2:21-cv-12932 (E.D. Mich. Dec. 15, 2021)

22. *Dobronski v. Royal Neighbors of Am.*, No. 2:22-cv-10009 (E.D. Mich. Jan. 4, 2022)

23. *Dobronski v. Nordic Energy Serv., LLC*, No. 2:22-cv-10308 (E.D. Mich. Feb. 14, 2022)

24. *Dobronski v. Symmetry Energy Sol., Inc.,* No. 2:22-cv-10599 (E.D. Mich. Mar. 21, 2022)

25. *Dobronski v. Life Protect 24/7, Inc.,* No. 2:22-cv-10707 (E.D. Mich. Mar. 29, 2022)

26. *Dobronski v. Selectquote Ins. Serv.*, No. 2:22-cv-10798 (E.D. Mich. Apr. 14, 2022)

27. *Dobronski v. Ensurety Ventures, LLC*, No. 2:22-cv-11133 (E.D. Mich. May 23, 2022)

28. *Dobronski v. E3 Realty Grp., LLC*, No. 2:22-cv-11864 (E.D. Mich. Aug. 11, 2022)

29. *Dobronski v. Family First Life, LLC*, No. 2:22-cv-12039 (E.D. Mich. Aug. 31, 2022)

30. *Dobronski v. Senior Life Ins. Co.*, No. 2:23-cv-10071 (E.D. Mich. Jan. 11, 2023)

31. *Dobronski v. Guardian Tax Network Inc.*, No. 4:23-cv-10119 (E.D. Mich. Jan. 17, 2023)

32. *Dobronski v. Ins. Supermarket Inc.*, No. 2:23-cv-10149 (E.D. Mich. Jan. 19, 2023)

33. *Dobronski v. Kelly*, No. 2:23-cv-10257 (E.D. Mich. Feb. 1, 2023)

34. *Dobronski v. Tobias & Assoc., Inc.*, No. 5:23-cv-10331 (E.D. Mich. Feb. 8, 2023)

35. *Dobronski v. Advocate Health, LLC*, No. 2:23-cv-10330 (E.D. Mich. Feb. 8, 2023)

36. *Dobronski v. Solidquote, LLC*, No. 4:23-cv-10343 (E.D. Mich. Feb. 9, 2023)

37. *Dobronski v. Horvath & Tremblay, LLC*, No. 2:23-cv-10509 (E.D. Mich. Mar. 1, 2023)

38. *Dobronski v. Move, Inc.*, No. 2:23-cv-10542 (E.D. Mich. Mar. 8, 2023)

39. *Dobronski v. Krause and Kinsman Law LLC*, No. 4:23-cv-10541 (Mar. 8, 2023)

40. *Dobronski v. Milberg Coleman Bryson Phillips Grossman, PLLC*, No. 2:23-cv-11232 (E.D. Mich. May 25, 2023)

41. *Dobronski v. Hill*, No. 2:23-cv-11274 (E.D. Mich. May 31, 2023)

42. *Dobronski v. Real Innovation Inc.*, No. 2:23-cv-11301 (E.D. Mich. June 1, 2023)

43. *Dobronski v. Livefree Emergency Response, Inc.*, No. 2:23-cv-11303 (E.D. Mich. June 1, 2023)

44. *Dobronski v. First American Home Warranty Corp.*, No. 2:23-cv-11412 (E.D. Mich. June14, 2023)

45. *Dobronski v. Sbaiti & Co. PLLC*, No. 2:23-cv-11591 (E.D. Mich. July 5, 2023)

46. *Dobronski v. Savings Bank Mutual Life Ins. Co. of Mass.*, No. 2:23-cv-12153 (E.D. Mich. Aug. 23, 2023)

47. *Dobronski v. Russo*, No. 2:23-cv-12288 (E.D. Mich. Sept. 7, 2023)

48. *Dobronski v. Fortis Payment Systems, LLC*, No. 2:23-cv-12391 (E.D. Mich. Sept. 20, 2023)

49. *Dobronski v. Selectquote Ins. Serv.*, No. 2:23-cv-12597 (E.D. Mich. Oct. 13, 2023)

50. *Dobronski v. UTEC IT, LLC*, No. 2:23-cv-12736 (E.D. Mich. Oct. 27, 2023)

51. *Dobronski v. On Point Financial Sol., Inc.*, No. 4:23-cv-12780 (E.D. Mich. Nov. 1, 2023)

52. *Dobronski v. Training Force USA LLC*, No. 2:24-cv-10083 (E.D. Mich. Jan. 11, 2024)

53. *Dobronski v. Baid*, No. 2:24-cv-10297 (E.D. Mich. Feb. 5, 2024)

54. *Dobronski v. Labovick & Labovick, P.A.*, No. 4:24-cv-10561 (E.D. Mich. Mar. 6, 2024)

55. *Dobronski v. Younghorse*, No. 2:24-cv-11482 (E.D. Mich. June 6, 2024)

56. *Dobronski v. CHW Grp. Inc.*, No. 2:24-cv-11649 (E.D. Mich. June 26, 2024)

57. *Dobronski v. Value Direct Inc.*, No. 2:24-cv-11674 (E.D. Mich. June 28, 2024)

58. *Dobronski v. Wynpoints Resort Rentals Inc.*, No. 2:24-cv-12312 (E.D. Mich. Sept. 5, 2024)

59. *Dobronski v. Ascendant Holidays, LLC*, No. 2:24-cv-12379 (E.D. Mich. Sept. 11, 2024)

60. *Dobronski v. WinRed, Inc.*, No. 2:24-cv-12513 (E.D. Mich. Sept. 25, 2024) +

61. *Dobronski v. 1-800-LAW-FIRM, PLLC*, No. 2:24-cv-12512 (E.D. Mich. Sept. 25, 2024)

62. *Dobronski v. Dako,* No. 5:24-cv-12673 (E.D. Mich. Oct. 10, 2024)

\* Filed by Mr. Dobronski's company in which he is CEO

\+ Current matter