# **EXHIBIT 8**



Search for articles...

All Collections > About WinRed > Tips FAQ

# Tips FAQ

Updated over 7 months ago

After a donor gives on WinRed they may be asked to give a tip to WinRed. Tips are a vital source of funding for WinRed that allows us to be cheaper than ActBlue and to continue developing all the features we keep adding.




- Thousands of campaigns and organizations rely on WinRed to provide powerful fundraising features to help them win their elections. They use WinRed because we have powerful features no one else has that raise them more money.

- WinRed provides all of those features for free and only passes on a low credit card processing rate of 3.94% on grassroots donation pages and 3.2% on high-dollar pages, which means we are significantly cheaper than ActBlue.

- ActBlue also has tips and has had them on their pages for years.



- We do not charge a transaction fee on grassroots donations (such as $0.30 per transaction charge). A fee like this is standard on other donation platforms and can eat up a large percentage of small-dollar gifts.

- Tips are entirely optional for donors. After someone makes a contribution, they may be asked to make an optional, additional contribution to WinRed. They can skip this if they do not want to give.

## Related Articles

Pricing  >

- Create a High Dollar Donation Page >
- Create an Entry Mode Page >
- Virtual Terminal >
- FAQ >

Did this answer your question?

  



