# EXHIBIT 9



All Collections > WinRed Donor Support > Unsubscribing from Texts or Emails

# Unsubscribing from Texts or Emails

Texts and Emails containing WinRed links



Written by Team WinRed
Updated over a year ago

If you are receiving text messages containing WinRed links, these are not being sent by us. They are likely being sent by a campaign or other organization using WinRed to raise money.

**Table of Contents**

Unsubscribing from Donation Requests
Unsubscribing from WinRed Emails
Sharing Data

## Unsubscribing from Donation Requests

If you are receiving text messages containing WinRed links, these are not being sent by us. They are likely being sent by a campaign or other organization using WinRed to raise money. Likewise, emails you receive asking for donations are also likely sent by a campaign or committee. If it is being sent from WinRed, it will be sent from the email domain @winred.com.

To unsubscribe from texts or emails not sent by WinRed, you will need to contact whoever is messaging you. Or you can reply STOP to text messages and click the UNSUBSCRIBE link in emails.

## Unsubscribing from WinRed Emails

If you receive an email from an @winred.com domain and would like to unsubscribe, there will be an unsubscribe link at the bottom of the email. Click that, and you will be unsubscribed automatically.

## Sharing Data

WinRed only shares your information with the campaigns and organizations you donate to for required compliance reporting.

**Questions**

If you have questions or are unsure about any of these steps, please get in touch with our support team by clicking the red chat box at the bottom right corner of your screen. You can also email us at donations@winred.com.

Did this answer your question?

  



