# EXHIBIT 10

E-SERVED Harford Circuit Court 2/20/2024 11:50 AM System SystemEnvelope:15470084
Case 2:24-cv-12513-SJM-CI   ECF No. 14-13, PageID.174   Filed 11/08/24   Page 2 of 3
E-FILED; Harford Circuit Court
Docket: 2/20/2024 11:50 AM; Submission: 2/20/2024 11:50 AM
Envelope: 15470084
E-FILED; Harford Circuit Court
Docket: 2/16/2024 11:53 AM; Submission: 2/16/2024 11:53 AM
Envelope: 15445413

# CIRCUIT COURT OF MARYLAND
# HARFORD COUNTY

| | |
|---|---|
| Michael Worsham, | C-12-CV-23-000085 |
| Plaintiff, | |
| v. | Case No. C-12-cv-000085 |
| WinRed Technical Services, LLC, et al., | |
| Defendants. | |

## ORDER

After a trial on the merits conducted on February 14, 2024, and testimony having been taken and other evidence received before this Court, judgment was entered in favor of Defendants, the National Republican Senatorial Committee (NRSC) and WinRed Technical Services, LLC, with respect to Counts 1 and 2 of Plaintiff Michael Worsham's Amended Complaint on February 14, 2024, at the close of trial.

This action is therefore **DISMISSED** and **CLOSED**.

**SO ORDERED.**

Dated: February 16/2024

_____
Judge Robert N. Dugan
Circuit Court for Harford County, Maryland

cc: All parties and counsel of record.

**CERTIFICATE OF SERVICE**

I certify that I served a copy of this document, upon the following party or parties by first-class mail, postage prepaid, on February 16, 2024, and filed via Odyssey File & Serve:

Michael Worsham
1916 Cosner Road
Forest Hill, MD 21050

/s/ *Kenneth C. Daines*
Kenneth C. Daines