# EXHIBIT 11

CAUSE NO.: JS20-00325D

| | | |
|---|---|---|
| LUCAS HORTON, | § | IN THE JUSTICE COURT |
| Plaintiff, | § § § | |
| v. | § | PRECINCT 2, PLACE 1 |
| WINRED TECHNICAL SERVICES, LLC | § § § | |
| Defendant. | § | DALLAS COUNTY, TEXAS |

## ORDER

BEFORE THE COURT is Defendant, WinRed Technical Service, LLC's ("WRTS"), Motion for Summary Disposition requesting that the Court dismiss with prejudice Plaintiff, Lucas Horton's, Petition in the above-captioned matter (the "Motion").

After due consideration, the Court hereby finds that WRTS did not send the messages of which Plaintiff complains, as such, pursuant to Rule 503.2(a)(3) of the Texas Rules of Civil Procedure, there is no evidence of one or more essential elements of Plaintiff's claims and Plaintiff's claims against WRTS are hereby DISMISSED WITH PREJUDICE.

Hereby Ordered on this the __12th__ day of __October__, 2021.

By: _____
Judge Margaret O'Brien
Justice of the Peace
Precinct 2, Place 1