UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Mark W. Dobronski,

    Plaintiff,                                Case No. 2:24-cv-12513

v.                                        HONORABLE STEPHEN J. MURPHY, III

Winred, Inc and Winred Technical
Services, LLC,

    Defendants.

_____/

## **SCHEDULING ORDER**

| | |
|---|---|
| **INITIAL DISCLOSURES EXCHANGED BY**:<br>If blank and unless the parties stipulate otherwise, no later than 14 days after the scheduling conference, or no later than 30 days for parties served or joined after the scheduling conference. Unless ordered by the Court, filing the disclosures or a notice of their exchange on the docket is unnecessary. | 5/13/25 |
| **WITNESS LIST DISCLOSURE DUE**:<br>If blank, witnesses must be listed in the Joint Final Pretrial Order. Unless ordered by the Court, filing the lists or a notice of their disclosure on the docket is unnecessary. | 8/13/25 |
| **EXPERT WITNESS DISCLOSURES DUE**:<br>If blank and unless the parties stipulate otherwise, no later than 90 days before the trial date, or 30 days for pure rebuttal witnesses. Unless ordered by the Court, filing the lists or a notice of their disclosure on the docket is unnecessary. | 8/13/25 |
| **DISCOVERY ENDS**:<br>Expert witness discovery must be completed by this date or no later than 30 days after the date for expert witness disclosure, whichever is later.<br><br>The Court will conference with the parties at the close of discovery and order mediation in appropriate cases. Parties should be prepared to inform the Court whether they would benefit from mediation. | 9/15/25 |
| **DISPOSITIVE MOTIONS DUE**:<br>Joinder of new parties or amendment of the pleadings must occur only by Court order. | 10/14/25 |

| | |
|---|---|
| **JOINT FINAL PRETRIAL ORDER DUE**: If blank, one week before the pretrial conference. All Rule 26(a)(3) pretrial disclosures must be made by this date and incorporated into the joint final pretrial order. Parties must comply with Local Rule 16.2. | |
| **FINAL PRETRIAL CONFERENCE**: This must be attended by at least one attorney who will conduct the trial for each party and by any unrepresented party. Because settlement is a main focus of the conference, counsel must bring their clients and any persons with full settlement authority with them to the conference. | 3/3/26**, 2:00 p.m.** |
| **MOTIONS IN LIMINE DUE**: If blank, ten days before the trial date. | |
| **TRIAL BRIEFS and PROPOSED JURY INSTRUCTIONS DUE**: If blank, five days before the trial date. Each proposed jury instruction must include a citation to the legal authority that it supports. The Court may request briefing or oral argument on the contents of the instructions. | |
| **TRIAL**: This case will be scheduled for trial during a 30-day lagging trial docket period. After they have been notified of a trial term, it is counsel's responsibility to contact the case manager to determine the status of the trial docket. | 3/16/26**, 9:00 a.m.** |
| **TRIAL TYPE:** | JURY ()  BENCH (X) |
| **LENGTH OF TRIAL:** | 2 days |

**SO ORDERED.**

                                                s/Stephen J. Murphy, III
                                                STEPHEN J. MURPHY, III
                                                United States District Judge

Dated: May 13, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 13, 2025, by electronic and/or ordinary mail.

                                                s/ R. Loury
                                                Case Manager