UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

    Plaintiff,

v.

WINRED, INC and WINRED TECHNICAL SERVICES,

    Defendants.
_____/

Case No. 2:24-cv-12513

HONORABLE STEPHEN J. MURPHY, III

## ORDER REQUIRING JOINT STATUS REPORT

The discovery deadline is September 15, 2025. ECF No. 26. Because the discovery deadline is near, the Court will require the parties to submit a joint status report detailing their progress in discovery, their willingness to participate in alternative dispute resolution, and an anticipated timeline of when they will be prepared to engage in meaningful mediation.

**WHEREFORE**, it is hereby **ORDERED** that the parties must **SUBMIT** the above-described joint status report **no later than September 1, 2025**.

**SO ORDERED.**

                                        s/ Stephen J. Murphy, III
                                        STEPHEN J. MURPHY, III
                                        United States District Judge

Dated: August 8, 2025

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 8, 2025, by electronic and/or ordinary mail.

                                        s/ R. Loury
                                        Case Manager