UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,

        Plaintiff,

v.

WINRED, INC and WINRED
TECHNICAL SERVICES, LLC,

        Defendants.

_____/

Case No. 2:24-cv-12513

HONORABLE STEPHEN J. MURPHY, III

## <u>JUDGMENT</u>

**IT IS ORDERED AND ADJUDGED** that, pursuant to the Court's order

dated July 28, 2026, Plaintiff's claims are dismissed with prejudice.

KINIKIA ESSIX
CLERK OF THE COURT

BY: s/ R. Loury

Dated: July 28, 2026

APPROVED:

s/ Stephen J. Murphy, III
STEPHEN J. MURPHY, III
U.S. DISTRICT JUDGE

1